CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
__NASHVILLE__ DIVISION

Petty Offense ( )
Misdemeanor ( )
Felony ( x )
Juvenile ( )

County of Offense: __Davidson__

AUSA's NAME: __Sarah E. Myers__

__Mark Bryant__
Defendant's Full Name

_
Defendant's Address

Interpreter Needed? ____Yes _x_ No

If Yes, what language? _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
| --- | --- | --- | --- | --- |
| I | 18 U.S.C.§242 | Use of Excessive Force Under Color of Law | 10 years | 250,000.00 |
| II | 18 U.S.C.§242 | Use of Excessive Force Under Color of Law | 10 years | $250,000.00 |
| III | 18 U.S.C.§1519 | Making False Statements to a Federal Investigator | 20 years | $250,000.00 |
| IV | 18 U.S.C.§1519 | Making False Statements to a Federal Investigator | 20 years | $250,000.00 |
| | | | | |
| | | | | |

**If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:**

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
| --- | --- | --- | --- |
| | | | |

Is the defendant currently in custody? Yes ( ) No ( X ) If yes, State or Federal?

Has a complaint been filed? Yes ( ) No ( x )
  If Yes: Name of the Magistrate Judge _____ Case No.: _____
  Was the defendant arrested on the complaint? Yes ( ) No ( )

Has a search warrant been issued? Yes ( ) No ( x )
  If Yes: Name of the Magistrate Judge _____ Case No.: _____

Was bond set by Magistrate/District Judge? Yes ( ) No ( x ) Amount of bond: _____

Is this a Rule 20? Yes ( ) No ( x ) To/from what district? _____
Is this a Rule 40? Yes ( ) No ( x ) To/from what district? _____

Is this case related to a pending or previously filed case: Yes ( ) No ( x )
  What is the related case number? _____
  Who is the Magistrate Judge? _____

Estimated trial time: _____

The Clerk will issue a Summons/Warrant (circle one)

Bond Recommendation: _____