# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Mark Bryant | )<br>)<br>)<br>)<br>)<br>) |

Case No. 3:18-cr-00144-1  Judge Crenshaw

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Mark Bryant                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18:242 Use of excessive force under color of law (1-2)
18:1519 Making false statements to a Federal Investigator (3-4)

Date:  _____06/25/2018_____          _Elaine J. Hawkins_ (signature)
                                                         *Issuing officer's signature*

City and state:   Nashville, Tennessee          Elaine J. Hawkins, Criminal Case Administrator
                                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/25/18 , and the person was arrested on *(date)* 6/26/18
at *(city and state)* Nashville, TN .

Date: 6/26/18          _Joy Wright_ (signature)
                                   *Arresting officer's signature*

                                   Joy Wright, Special Agent
                                   *Printed name and title*