UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:18-CR-144 |
| | ) | Chief Judge Crenshaw |
| MARK BRYANT | ) | |

## UNITED STATES' WITNESS LIST

The United States, by and through United States Attorney Donald Q. Cochran and the undersigned Assistant United States Attorney, hereby submits its list of potential witnesses for the trial scheduled to begin on Tuesday, February 5, 2019 at 9:00 a.m. The United States may call the witnesses listed below at trial. The United States reserves the right to call any additional, unlisted witnesses that may become relevant to rebut evidence or testimony that the Defendant may present.

1. Shawn Atkins
2. Daniel Bratton
3. Michael Breedlove
4. Rebecca Burney
5. JJ Hannah
6. Caitlin Johnson
7. Dwayne Jones
8. Jeff Key
9. Judy King
10. Josh Marriott
11. Daniel Moelter

12. Michael Montgomery

13. Gary Ola

14. Joy Wright

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2019, I electronically filed the foregoing Witness List with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following Defense Counsel: Peter Strianse, 315 Deaderick Street, Suite 1700, Nashville, TN.

*s/ Sara Beth Myers*
Sara Beth Myers
Assistant United States Attorney