UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Case No.: | 3:18-cr-00144 |
| Judge: | Waverly D. Crenshaw, Jr. |
| Hearing Date: | 2/8/2019 |
| Location: | ☒ Nashville  ☐ Columbia  ☐ Cookeville |
| Court Reporter: | Lise Matthews |
| Court Interpreter: | |

UNITED STATES OF AMERICA
V.

MARK BRYANT

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Sara Beth Myers, Michael Songer

Defense Attorney(s): Peter Strianse

## TRIAL PROCEEDINGS

1. Jury Trial* ☒
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 

Alt 1. 
Alt 2. 

COMMENTS:

- Day 5 of trial
- Jury deliberations resumed. The jury was unable to reach a unanimous verdict. Mistrial declared.

Total Time in Court: 35 minutes

Clerk of Court
by: Kelly Parise