CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
Nashville DIVISION

Indictment ( )
Complaint ( )
Information ( )
Felony ( x )
Misdemeanor ( )
Juvenile ( - )

County of Offense: Cheatham
AUSA's NAME: Myers

Reviewed by AUSA: $B\mathcal{M}$
(Initials)

Mark Bryant
Defendant's Full Name

Interpreter Needed? _____ Yes   x   No

Defendant's Address

If Yes, what language? _____

Peter J. Strianse
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| I | 18 U.S.C. § 242 | Use of Excessive Force Under Color of Law | 10 years | $250,000.00 |
| II | 18 U.S.C. § 242 | Use of Excessive Force Under Color of Law | 10 years | $250,000.00 |
| III | 18 U.S.C. § 1519 | Making False Statements to a Federal Investigator | 20 years | $250,000.00 |
| IV | 18 U.S.C. § 1519 | Making False Statements to a Federal Investigator | 20 years | $250,000.00 |
| V | 18. U.S.C. § 1001(a)(2) | Making a materially False Statement to Federal Agents | 5 years | $250,000.00 |

Is the defendant currently in custody?     Yes ( )     No ( x )     If yes, State or Federal? Writ requested ( )

Has a complaint been filed?     Yes ( )     No ( x )
   If Yes:   Name of the Magistrate Judge _____     Case No.: _____
          Was the defendant arrested on the complaint?     Yes ( )     No ( )

Has a search warrant been issued?     Yes ( )     No ( x )
   If Yes:   Name of the Magistrate Judge _____     Case No.: _____

Was bond set by Magistrate/District Judge? Yes ( )     No ( x )     Amount of bond: _____

Is this a Rule 20? Yes ( ) No ( )     To/from what district? _____
Is this a Rule 40? Yes ( ) No ( )     To/from what district? _____

Estimated trial time: _____

The Clerk will issue a **Summons**

Detention requested: Yes ( ) No ( x )     Recommended conditions of release: _____