Form Revised 7/5/06

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA )
v. ) CASE NO. 3:18-cr-00144
) Mag. Judge Holmes
_Mark Bryant_ )

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT
## AND ENTRY OF PLEA OF NOT GUILTY

I am _Mark Bryant_, the defendant in this case, and along with my undersigned attorney, I hereby acknowledge the following, and petition the Court to enter a Plea of Not Guilty:

1) I have received a copy of the Indictment or Information in this case. I understand the nature and substance of the charge or charges, the maximum penalties applicable in the event I am convicted, and my constitutional rights. My attorney has advised me of these rights and the penalties provided if I am convicted.

2) I understand I have the right to appear personally with my attorney before a judicial officer for arraignment in open court on the charge, or charges. I understand an arraignment will be scheduled following: (a) the filing of the Indictment or Information and making public thereof; (b) the date I first appeared before a judicial officer; or (c) the date I was ordered held to answer and appeared before a judicial officer of the Court in which this charge, or charges, are pending, whichever date last occurs. I further understand that without this waiver, I will be arraigned in open Court and must appear as directed.

I have conferred with my attorney and fully understand all of the above. I hereby waive personal appearance at arraignment and the reading of the Indictment or Information; by this petition, I tender a Plea of Not Guilty. I understand that entry by the Court of this plea will conclude the arraignment in this case for all purposes, including the Speedy Trial Act, 18 U.S.C. § 3161, and § 12(d) of Part II of the Speedy Trial Plan for this District, and Local Criminal Rule 12.01(b) and 16.01(a).

I respectfully submit this petition to enter a Plea of Not Guilty in my absence.

_____        4/23/19
Defendant  _Mark Bryant_                Date

_____        4/23/19
Attorney for Defendant _Peter J. Strianse_   Date

---

A plea of "Not Guilty" is entered for this Defendant effective _April 23 2019_.
For the purpose of Local Criminal Rule 12.01(b) and 16.01(a), this date shall be the date of arraignment of Defendant.

_____
United States Magistrate Judge