UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 3:18-CR-144
) Chief Judge Crenshaw
MARK BRYANT )

## UNITED STATES' NOTICE OF FILING MOTIONS IN LIMINE

The United States, by and through United States Attorney Donald Q. Cochran and the
undersigned Assistant United States Attorney, hereby submits this Notice of Filing Motions in
Limine for the trial scheduled to begin on Tuesday, January 7, 2020 at 9:00 a.m. The United States
renews in their entirety its previously filed Motions in Limine and presumes that the Court's
previous rulings remain in effect. (DE 22; 37.) The United States also submits two additional
Motions in Limine based on issues that arose during the previous trial.

Respectfully Submitted,

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

*s/ Sara Beth Myers*_____
SARA BETH MYERS
Assistant United States Attorney
110 9th Avenue South
Nashville, TN 37203
615-736-5151 phone
Sara.E.Myers@usdoj.gov

1

ERIC S. DREIBAND
ASSISTANT ATTORNEY GENERAL

*s/ Michael J. Songer*
MICHAEL J. SONGER
Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
202-305-3204 phone
202-514-6588 fax
Michael.Songer@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 9, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following Defense Counsel: Peter Strianse, 315 Deaderick Street, Suite 1700, Nashville, TN.

<u>*s/ Sara Beth Myers*</u>
Sara Beth Myers
Assistant United States Attorney