UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:18-CR-144 |
| | ) | Chief Judge Crenshaw |
| MARK BRYANT | ) | |

## UNITED STATES' NOTICE OF UPDATED EXHIBIT LIST

The United States, by and through United States Attorney Donald Q. Cochran and the undersigned Assistant United States Attorney, hereby submits this Notice of Updated Exhibit List. The Updated Exhibit List contains the same exhibits listed in DE 81, but the two audio clips from Exhibit 38 have been broken out into two separate exhibits (now Exhibits 38 and 40) to avoid sub-exhibits in accordance with the Court's preferences. The Updated Exhibit List was produced to the Defendant and provided to the Court on January 6, 2020.

1

Respectfully Submitted,


DONALD Q. COCHRAN
UNITED STATES ATTORNEY

*s/ Sara Beth Myers*_____
SARA BETH MYERS
Assistant United States Attorney
110 9th Avenue South
Nashville, TN 37203
615-736-5151 phone
Sara.E.Myers@usdoj.gov


ERIC S. DREIBAND
ASSISTANT ATTORNEY GENERAL

*s/ Michael J. Songer*_____
MICHAEL J. SONGER
Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
202-305-3204 phone
202-514-6588 fax
Michael.Songer@usdoj.gov

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 6, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following Defense Counsel: Peter Strianse, 315 Deaderick Street, Suite 1700, Nashville, TN.

                                        *s/ Sara Beth Myers*
                                        Sara Beth Myers
                                        Assistant United States Attorney