REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

MARK BRYANT

(list each defendant appearing at hearing)

Case No.: 3:18-cr-00144
Judge: Waverly D. Crenshaw, Jr.
Hearing Date: 1/9/2020
Location: ☑ Nashville  ◯ Columbia  ◯ Cookeville
Court Reporter: Lise Matthews
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Sara Beth Myers, Michael Songer

Defense Attorney(s): Peter Strianse

## TRIAL PROCEEDINGS

1. Jury Trial* ☑
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Day 3 of trial
- Evidence admitted
- Trial will resume on Friday, January 10, 2020

Total Time in Court: 5 hours

Clerk of Court
by: Kelly Parise