REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:18-cr-00144

UNITED STATES OF AMERICA

V.

MARK BRYANT

(list each defendant appearing at hearing)

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: 1/10/2020

Location: ☑ Nashville  ◯ Columbia  ◯ Cookeville

Court Reporter: Lise Matthews

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Sara Beth Myers, Michael Songer

Defense Attorney(s): Peter Strianse

## TRIAL PROCEEDINGS

1. Jury Trial* ☑
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
    (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Day 4 of trial
- Closing arguments; jury deliberations
- Verdict reached on all counts. Verdict form to be filed.
- Guilty on Counts One and Two; Not Guilty on Counts Three, Four and Five

Total Time in Court: 3 hours

Clerk of Court
by: Kelly Parise