# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA V. MARK BRYANT | **EXHIBIT AND WITNESS LIST** Case Number: 3:18-cr-00144 |
|---|---|

| PRESIDING JUDGE Waverly D. Crenshaw, Jr. | PLAINTIFF'S ATTORNEY Sara Beth Myers and Michael Songer | DEFENDANT'S ATTORNEY Peter Strianse |
|---|---|---|
| TRIAL DATE (S) January 7 – 10, 2020 | COURT REPORTER Lise Matthews | COURTROOM DEPUTY Kelly Parise |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 1/7/2020 | | | WIT: Josh Marriott |
| 4 | | 1/7/2020 | X | X | Josh Marriott's Taser Training Academy Certificate |
| 37 | | 1/7/2020 | X | X | Restraint Chair Log – 11/5/16 |
| 11 | | 1/7/2020 | X | X | Combined Surveillance and Taser Video from 11/5/16 (8:00 p.m.) |
| 25 | | 1/7/2020 | X | X | Cheatham County Sheriff's Office report signed by Mark Bryant on 11/5/16 (1855) |
| | 1 | 1/7/2020 | X | X | Cheatham County Sherriff's Office – 11/5/16 (1855) |
| | 2 | 1/7/2020 | X | X | Use of Force Report signed by Josh Marriott on 11/5/16 at 2156 (1855) |
| X | | 1/8/2020 | | | WIT: Daniel Bratton |
| 6 | | 1/8/2020 | X | X | Jail Surveillance Video from 11/5/16, (6:55) |
| 22 | | 1/8/2020 | X | X | Cheatham County Sheriff's Office report signed by Daniel Bratton (1855) |
| X | | 1/8/2020 | | | WIT: Steven Michael Montgomery |
| 17 | | 1/8/2020 | X | X | Photograph of Jordan Norris handcuffed to bar |
| 21 | | 1/8/2020 | X | X | Combined Surveillance and Taser Video from 11/5/16 (10:20 p.m.) |
| 19 | | 1/8/2020 | X | X | Photograph of legs |
| 13 | | 1/8/2020 | X | X | Photograph of Jordan Norris in chair |
| 29 | | 1/8/2020 | X | X | Cheatham County Sheriff's Office Use of Force Report signed by Michael Montgomery on 11/5/16 at 2327 |
| 26 | | 1/8/2020 | X | X | Cheatham County Sheriff's Office report signed by Mark Bryant on 11/5/16 (2220) |
| | 3 | 1/8/2020 | X | X | Cheatham County Sheriff's Office report signed by Michael Montgomery on 11/5/16, 2235 |
| X | | 1/8/2020 | | | WIT: Johnny Jedidiah Hannah |
| 1 | | 1/8/2020 | X | X | March 12, 2015 Use of Force Policy |
| 41 | | 1/8/2020 | X | X | February 4, 2015 Electronic Immobilization Device: Taser Policy |
| 30 | | 1/8/2020 | X | X | Cheatham County Sheriff's Office Use of Force Report signed by Mark Bryant on 6/1/16 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | UNITED STATES OF AMERICA vs. MARK BRYANT — CASE NO. 3:18-cr-00144 |
| 31 | | 1/8/2020 | X | X | Cheatham County Sheriff's Office report signed by Mark Bryant on 6/29/16 |
| 34 | | 1/8/2020 | X | X | Cheatham County Sheriff's Office report signed by Mark Bryant (dated 7/13/17) |
| | 4 | 1/8/2020 | X | X | July 30, 2017, letter from Sheriff Mike Breedlove of Cheatham County Sheriff's Office |
| X | | 1/8/2020 | | | WIT: Joy Christine Wright |
| 39 | | 1/8/2020 | X | X | Photograph of thigh |
| 40 | | 1/8/2020 | X | X | Mark Bryant recorded TBI interview Clip (August 2, 2017) – Clip 2 |
| 38 | | 1/8/2020 | X | X | Mark Bryant recorded TBI interview Clip (August 2, 2017) – Clip 1 |
| | 5 | 1/8/2020 | X | X | Jordan Norris' 11/5/16 medical record from Centennial Hospital Ashland City |
| 5 | | 1/8/2020 | X | X | Mark Bryant's Taser Training Academy Certificate |
| 2 | | 1/8/2020 | X | X | Taser training slides |
| 3 | | 1/8/2020 | X | X | Taser training legal materials 11/09 |
| 36 | | 1/8/2020 | X | X | Taser logs |
| X | | 1/9/2020 | | | WIT: Caitlin Marriott |
| 8 | | 1/9/2020 | X | X | Photograph of Jordan Norris in restraint chair |
| | X | 1/9/2020 | | | WIT: Dwayne Jones |
| | X | 1/9/2020 | | | WIT: James Martin Barnum, III |
| | X | 1/9/2020 | | | WIT: Hamilton Small |
| | X | 1/9/2020 | | | WIT: Jeffrey Key |
| | X | 1/9/2020 | | | WIT: Rebecca Lynn Burney |
| | X | 1/9/2020 | | | WIT: Mark Mitchell Bryant |