UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:18-cr-00144 |
| MARK BRYANT, | ) |
| Defendant. | ) |

## VERDICT FORM

We the jury, unanimously find the following:

### COUNT ONE

1. With respect to Count One of the Indictment, deprivation of rights under color of law, we the jury find Mark Bryant:

    Guilty __X__          Not Guilty _____

### COUNT TWO

2. With respect to Count Two of the Indictment, deprivation of rights under color of law, we the jury find Mark Bryant:

    Guilty __X__          Not Guilty _____

1

## COUNT THREE

3. With respect to Count Three of the Indictment, knowingly falsifying a document with the intent to impede, obstruct, or influence the investigation and proper administration of a matter within the jurisdiction of an agency of the United States, we the jury find Mark Bryant:

Guilty _____    Not Guilty __X__

## COUNT FOUR

4. With respect to Count Four of the Indictment, knowingly falsifying a document with the intent to impede, obstruct, or influence the investigation and proper administration of a matter within the jurisdiction of an agency of the United States, we the jury find Mark Bryant:

Guilty _____    Not Guilty __X__

## COUNT FIVE

5. With respect to Count Five of the Indictment, knowingly and willfully making a materially false statement in a matter within the jurisdiction of the executive branch of the United States government, we the jury find Mark Bryant:

Guilty _____    Not Guilty __X__

Sign and date the Verdict Form below and notify the court officer.

_____
Foreperson

1/10/20
Date