UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:18-cr-00144 |
| MARK BRYANT, | ) | |
| Defendant. | ) | |

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:18-cr-00145 |
| GARY OLA, | ) | |
| Defendant. | ) | |

**ORDER**

The Defendant's Motion to Enlarge Time for Filing Sentencing Memoranda (Doc. No. 108) and the United States' Unopposed Motion to Enlarge Time for Filing Sentencing Memoranda (Doc. No. 109) are **DENIED AS MOOT.** The Court will hold a telephone status conference for the purpose of setting a new sentencing date on **August 5, 2020** at 4:30 p.m. The parties shall call 1-888-278-0296, and when prompted enter access code 6564835# to participate in the call. If a party has difficulty connecting, please contact chambers at 615-736-7013.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE