# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:18-cr-00144 |
| ) | Chief Judge Crenshaw |
| MARK BRYANT ) | |

## CHARACTER LETTERS IN SUPPORT OF
## <u>DEFENDANT MARK BRYANT</u>

**Peter J. Strianse, Esq.**

**TUNE, ENTREKIN & WHITE, P.C.**
**315 Deaderick Street, Suite 1700**
**Nashville, TN 37238**
**(615) 244-2770**
**pstrianse@tewlawfirm.com**

**Counsel for Defendant**
**Mark Bryant**

# TABLE OF CONTENTS

1. *Letter* – Laughrie & David Tucker, Aunt & Uncle

2. *Letter* – Joyce Striclyn, Aunt

3. *Letter* – Ralph L. Tucker, Uncle

4. *Letter* – Jessica Treicler, LPN, Former Co-Worker at Cheatham County Jail & Friend

5. *Letter* – Lisa S. Tucker, Family Friend

6. *Letter* – Todd Hood, Head Football Coach, Rossview High School, Clarksville

7. *Letter* – Lynn Spain, Family Friend

8. *Letter* – R.J. Hank Salyer, Family Friend

9. *Letter* – Matt Davis, Friend

10. *Letter* – Sarah Campbell, Friend

11. *Letter* – Ms. Harley Durham, Former Co-Worker at Cheatham County Jail & Friend

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system unless not registered and, in that event deposited in the United States mail, postage prepaid, to:

      Sara Beth Myers
Assistant United States Attorney
Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203-3870

Michael J. Songer
Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

**VIA EMAIL**
Michael Wilson
Senior U.S. Probation Officer
Michael_Wilson@tnmp.uscourts.gov

This 2nd day of November, 2020.

      S/ Peter J. Strianse
      PETER J. STRIANSE