Chief Judge Waverly Crenshaw
U.S. District Court
Middle District of Tennessee

Re: Mark M. Bryant

Dear Judge Crenshaw,

Thank you for taking the time to read our thoughts and encouraging words about our nephew, Mark Bryant. My wife and I are both from Clarksville. We have raised two children of our own and have five grandchildren. I am an Assistant Manager at Sango Walmart and my wife, Laughrie taught for CMCSS until she retired three years ago. She is currently involved in the opening of a new Christian school here in Clarksville, Chapel Hill Christian School. She will be teaching there upon opening in August.

We have known Mark as a baby, little boy, teenager and young adult. We have watched him at work and at play and have seen him make good life choices along the way. He has always had a strong work ethic and could always be depended on whenever he was asked to help a family member or friend, whether that be chopping word, mowing lawns, moving furniture or something simple like watching his younger relatives or engaging them in a game of flag football. We have witnessed Mark be kind and gentle with his grandparents, aunts, uncles and parents.

Mark has always been a big presence in statue. Just looking at him, physically, one might think him to be overbearing or intimidating but in fact he is really just the opposite of that. I've watched him cuddle a small baby, tenderly pick up his very sick grandmother, and wrap his arms around his mother, dad and sister in a big bear hug. If I could characterize him in any way it would be to call him a loyal, gentle giant. Mark loves his family and was brought up to love God and to honor His word.

I don't know a lot about this process but do know that if you could sit across the table from Mark and have a conversation with him, you would find him to be a kind young man with a good head on his shoulders. You would recognize a young man with good character, not without a few flaws, but one who has dreams of a bright future. I hope you have the opportunity to do this. If not, I hope you will find our words to be honest and true in representing Mark before you.

David T. Tucker
Laughrie Tucker

Chief Judge Waverly Crenshaw
U.S. District Court
Middle District of Tennessee

Re: Mark M. Bryant

Dear Judge Crenshaw,

My name is Joyce Striclyn. Mark Bryant is my nephew. I am a retired school teacher and now live in Murfreesboro TN. When Mark was growing up, I lived and taught school in Clarksville. My oldest daughter and Mark's sister were both born in 1975. Mark was born in 1978 and my second daughter was born in 1979. These four children spent a lot of time together for the first years of their life. We had family gatherings at the grandparents' house. We were close with his parents and spent a lot of time together in each other's homes and on outings together.

As a child, Mark was easy going and very pleasant to be around. He was courteous and kind to others. He was thoughtful and loving. I never saw any meanness from him.

In play, he was willing to compromise in consideration of others. He liked having fun and wanted fairness for others.

He was kind to animals and cared for the needs of pets.

I haven't been around him much as an adult because I moved to North Carolina and then to Indiana.

But I believe that people continue to have their same temperament throughout their life.

I know he is smart and hard working. And that he was patient and hard-working beside his dad as they remodeled an old house. Mark's dad suffers from conditions that make him volatile at times. Mark managed those times with gentleness and patience and understanding. He persevered and they completed the work on the house.

Mark loves and appreciates his parents. He has learned many valuable lessons from them about honesty, love and sacrifice, working hard, treating others fairly and respectfully, and personal responsibility.

Mark is not a bad person. He does his job. He holds himself and others accountable. He protects those who are weak and restrains those with ill intent from hurting others. He does not pick fights. He is a peacemaker.

He is physically large in size but does not use that to harm or intimidate others. His nature is gentle and protective.

The incident he is in court for may appear to be that of a cruel person delighting in torture. However, if it is carefully analyzed, one can see that Mark was not torturing the inmate. The inmate was known for being very violent. Mark was using measures he had been taught in his job to try to get him in control for the safety of other inmates and for the safety of the officers.

Since the jury determined that he is guilty of harm, I ask that you please consider leniency in his sentencing. Mark has been out on bond since the arrest several years ago. In that time, he has held a job and conducted himself in an admirable manner. Mark is a valuable member of society. He has proven his character. Incarceration may not be the best sentence. Any leniency that you have the power to grant will be very much appreciated.

Thank you.

Sincerely,
Joyce Striclyn

Chief Judge Waverly Crenshaw
U.S. District Court
Middle District of Tennessee

RE: Mark M. Bryant

Dear Judge Crenshaw,

Mark Bryant is my nephew and I hate it for him, my sister and the entire family that he finds himself in this serious legal position. I cannot imagine the boy I watched grow up, taking a position as an officer of the law with the intent of doing anything other than to serve and protect.

Mark, as far as I know, never gave his parents or anyone else, any problems. He grew to be a tall and strong young man but I never once saw him use his size to intimidate anyone. In fact, we referred to him as the "Gentle Giant."

There is little doubt that there is room for police reform but the call and the appropriate training and measures are coming too late for Mark. It is questionable if any police officer is equipped to deal with persons with mental illnesses and personality altering drugs. Maybe in the near future there will be specialized teams that police officers can turn to neuteralize certain subjects but Mark Bryant did not have that option. In my opinion, he thought his job was to secure compliance and that he in no way took any pleasure in the continual use of the taser.

In my late 50's I learned that I was ill-prepared to deal with someone else's alcoholism. I tried reasoning, pouring out the alcohol, threatening and a number of things that were all wrong. I did the best I could but found that I could do much better after joining Al-Anon. Maybe this is a bad comparison but the point is that sometimes when we need help, it is not readily available or we are not aware of the availability of resources.

This letter is not intended to lessen the impact on the victim but to suggest that Mark Bryant is also a victim of a system that is neccessary but flawed and can be improved. It might be that Mark can be used to teach other law officers to realize boundaries and be judged accordingly. Any leniency within your discretion is appreciated by me and my family.

Sincerely,

*Ralph L. Tucker* (signature)

Ralph L. Tucker

July 14, 2020

To: Chief Judge Wavely Crenshaw
U.S. District Court
Middle District of Tennessee

RE: Mark M. Bryant

Dear Judge Crenshaw,

Greetings Sir, My Name is Jessica D. Treichler, I am a LPN of almost 31 years now. I have personally worked in many different environments of health care during my career: including but not limited to, Administration of Assisted Living facilities and Cheatham County Jail, Supervisor for Nursing Homes, Director of Business Development for Home Health, Clinical Nurse in many situations including such environments as Gold Medical Home at Fort Campbell Army Base, Deberry Correctional Health Care, Internal Medicine, and currently hold a position for Clinical Nurse Review for Evicore Insurance. I indeed have come and gone through my career knowing many health care situations and all the wonderful co-workers that I have had, made many dear friends. I am also a mother of 5 beautiful children, two of which I have adopted that have medical and behavioral disabilities due to being born from a Meth Addicted mother. My life and schedule along with the demands of my family often are difficult for friends to embrace, and I am blessed to have a few, that have been there for not only myself but also my children through difficult and the good times.

I met Mark Bryant in the Fall of 2015, shortly after starting a nursing position at the Cheatham County Jail. I quickly developed a professional relationship with Mark. He became a not only a friend to me but a support system within the jail. A woman in a place of position and in health care can be very difficult in the correctional environment and having Correctional Officers with you that you can trust is a valuable asset. I could count on Mark to not only be there to protect my personal safety while interacting with my patients, but also to ensure that I was able to carry out my duties as their only nurse in a timely efficient manner. Any task I asked of him, such as bringing me one of the patients on my list for intake and assessment, or to accompany me into the areas of the facility that I was unable to go alone due to protocol. Mark was always willing to help me in any way going above and beyond, as not only a co-worker, but also to ensure that my patients did get the care they needed. I also counted on Mark to be my eyes and ears when I was not within the facility, if there was a health concern to advise me of the situation to which we as a team could efficiently help the patient, and get them the care needed. Mark for the time that we worked together usually worked the evening shift, and was also a Correctional Officer that I trusted to carry out the evening medication pass, to follow protocol, and document as needed, to call me if there were issues or questions, and found him to efficiently care out the process I had laid out.

Since that time, I have most defiantly formed an unbreakable bond with Mark, he has become a friend of great worth and value. I have spent many days with him and my small children, both at my home and in social functions. Mark is wonderful with my small children, and with their individual disabilities never misses a beat. Mark has become "Uncle Markie-Mark" to them. He has built things with my son and daughter, working with them to give them pride in whatever they were working on, in fact he allowed them to help him build a shelf for me for a kitchen appliance when I moved into my home after my divorce. He helped me move, went with our family to a Scottish festival to which he made them feel that they were wanted and the awesome children that they are. Many people cannot except my children let

alone emotionally deal with their behaviors. He has always been patient with them, supportive, encouraging and most of all, loving. Mark is an important part of my extended family, and a close friend.

I have seen Mark in not only professional situations but also personal be the mediator, using his words to help to diffuse a difficult situation of disagreement, the voice of reason in so many situations. He is a comfort to many, an emotional support system, and a man that I personally respect.

Thank you for taking the time to read my letter. Please feel free to contact me with any questions.

Sincerely,

Jessica Treicler LPN
615-604-7384

July 24, 2020

Chief Judge Waverly Crenshaw

U.S. District Court

Middle District of Tennessee

Re: Mark M. Bryant

Dear Judge Crenshaw,

I am writing on behalf of Mark Bryant. My husband and I attended APSU in Clarksville, Tennessee and have lived in Clarksville since December 1981 except for a brief two-year period from 1985 to 1987. I am a public-school teacher, and my husband is a corporate credit manager. We attended church with Mark's parents for many years and have known Mark all these years. We have been and remain close family friends.

Mark was brought up in a loving, Christian home. He was taught to respect his elders, to work hard, and to respect authority. While in high school, Mark focused on football and academics. After graduation, Mark joined the work force and became independent. He set goals and was not afraid to work hard to reach those goals. At a very young age, Mark purchased a home. He became a very productive member of society.

Mark was always protective of his family. This deep commitment to protecting people was demonstrated, in my opinion, by his actions. I firmly believe he was protecting others from harm. However extreme his actions may have been, the intent was to deescalate the situation and protect everyone involved.

Since that time, I am proud of the way Mark has worked to secure employment. His sheer determination and grit helped him maintain his job. He has shown great courage and strength in facing this difficult situation.

My husband and I sincerely hope that the court takes this letter into consideration in Mark's case. Despite the events that lead to this case, I still believe Mark Bryant is an honorable individual, a valuable member of the community, and a good person. I have no doubt Mark will continue to work hard to provide for himself. He will continue to be close to his parents and live according to the rules and laws of our community.

Sincerely,

Lisa S. Tucker

July 17, 2020

Dear Judge Crenshaw,

      I am writing this letter on behalf of Mark M. Bryant. My name is Todd Hood and I have been a teacher and football coach for 25 years in Montgomery County. I have known Mr. Bryant for over 15 years. It has been my pleasure to call Mark my friend. Mark is the most easy going guy I have ever been around. He helped me at Clarksville Academy when I got my first head coaching job in 2010. I was in need of many things and Mark was a huge help with mowing the field and setting things up on game night when I couldn't. We were neighbors for many years. He was great to my two boys and my late wife. My wife (Marisa) passed away in 2011 with Ovarian Cancer. We had some issues at my house that made it difficult for my wife to get around. Mark came over and fixed the steps, the kitchen, and the deck with new steps over a period of a few months and never ask for a penny. I will always be grateful to him for that. As a coach of many years, I strive to teach our players about life and how choices you make today will affect you tomorrow. Mark has made a mistake and will pay for that I'm sure. But Mark isn't a violet man and I have never seen that in him. I pray one bad mistake doesn't and shouldn't reflect who he is because he is a very good citizen and has been great for our neighborhood and community. He has been nothing but kind, caring, and giving to my family. Please consider the man that I know when making your sentencing. Mark understands his actions don't reflect who he truly is. Mark will be able to help others that need help in the future because that's in him. Thanks for your time and consideration in this matter.

Thank You and Respectfully Yours,
Todd Hood


Physical Education Teacher
Head Football Coach
Rossview HS, Clarksville, Tn
931-801-3014 (cell)

Chief Judge Waverly Crenshaw
U.S. District Court
Middle District of Tennessee

RE: Mark M. Brant

Dear Judge Crenshaw,

My Name is Lynn Spain and I have known Mark Brant since he was a child. I became friends with his parents when we first moved to Tennessee and started attending Hilldale Church of Christ.

Mark and my daughters were good friends. We served as chaperones on a lot of the youth trips and Mark was on almost everyone of them with us. He was always fun to be around. We also hosted youth devotions in our home and Mark was right there. He was always well behaved and did not give us any trouble. I have always enjoyed Mark's company.

I believe Mark to be a lot like his dad, Mickey. He works every day and has since he was in high school. He is self-sufficient and strives to be both a good man and a good citizen. He is also devoted to his parents and helps them when he is needed. I have no doubt that if I needed Mark he would come.

I am blessed to call Mark, friend!

Sincerely,
Lynn Spain

July 14, 2020

Chief Judge Waverly Crenshaw
U.S. District Court
Middle District of Tennessee

Re: Mark M. Bryant

Dear Judge Crenshaw,

My name is Hank Salyer. My wife Dana and I own a house and property in Cheatham County Tennessee.
I am a Tennessee Licensed Private Investigator / Bail Bondsman and an Armed Guard.
I am a former Metro Nashville Deputy Sheriff, former Cheatham County Judicial Security Officer and I have been licensed as an investigator with the State of Tennessee since 1989. I specialized in Witness Impeachment and Fraud investigations. I am Law Enforcement certified in Hostage Negotiation, Managing High Risk Situations, Statement Analysis and Interviewing and Spotting Lies and Deception among many more.

I have had the privilege to work with Mr. Mark Bryant via my businesses and Mark is a very professional, kind courteous officer.

Mark Bryant is educated and experienced in his work. Mark's ethics and integrity are sound. He was a corporal and had no signs of burn-out or discontent during his time serving our community. I have had contact with Mark outside of work and the many times I met or saw him he was often with his mother. Mark is a devoted family man, dependable and trustworthy.

Mark's upbeat, light-hearted personality made him the perfect conversationalist, always funny and calm. On or off the job, Mark's demeanor was always pleasant, he not once seemed or sounded stressed or irritated which made his officers under his watch want to follow orders and or instruction without question.

My professional experiences tell me that Mark absolutely is not a danger to anyone including himself. My opinion is that this is a man that was following departmental protocol and guidelines provided to him by his superiors enabling him to perform his job.

It is with great sadness that I have to write a letter for a man that truly does not deserve to be in the legal position he is in. Your Honor, you do not know me, but I know bad people and Mark Bryant is not one of them.

I appreciate your Honor's consideration of my knowledge and opinions of my friend Mark Bryant.

Sincerely,

R.J. Hank Salyer
109 Sycamore Street
Ashland City, TN 37015
615-579-4351
hanksalyer@gmail.com

Chief Judge Waverly Crenshaw
U.S. District Court
Middle District of Tennessee

Re: Mark M. Bryant

Dear Judge Crenshaw,

I am Matt Davis. I have known Mark Mitchell Bryant since I was 6 years old. I'm 43 now. I met him the first time we went to church after moving to Clarksville from Manchester, TN. He has been one of my closest friends for over 28 years. He has always been there for me when times got tuff on me. He has let me stay with him when I have had nowhere else to go. He is a big man so he looks very intimidating but he really isn't. He is willing to help anyone that's down or needs help. He has been an up most citizen and loves this country. He always puts his family first above all else. I have never known him to shy away from helping someone. He will always be a friend to me and will help me when I need him most.


Sincerely

Matt Davis

Chief Judge Waverly Crenshaw

U.S. District Court

Middle District of Tennessee

Re: Mark M. Bryant

Dear Judge Crenshaw,

My name is Sarah Campbell. I have known Mark since the ninth grade and we have remained good friends all the years since. I have always known him to be a loyal person of exceptional moral character, despite the manner in which you have come to meet him. He is very protective with a kind soul and has stood by me and others we know through more than a few traumatic events. I suffered a nervous breakdown a few years ago. Mark gave me not only a place to escape, but he held me and watched me cry for days on end when he had no idea what to do or say. He has no idea how much that helped me get past it. No judgement or advice, just a friendly safe place to grieve. He let me borrow his strength when I had nothing left. Such strong emotions are difficult to put into words when someone you care so deeply for is in trouble. I have truly struggled writing this letter, wishing I could paint a better picture of what an outstanding person Mark is. He is loved beyond measure by all of us close to him.

I, myself, am a retired dispatcher who began her career in corrections. It is a scrutinized profession where you as the officer have everything to lose and the people you are charged with overseeing have nothing to lose. Mark may have made mistakes, but due to his character, morality and personality, he does not deserve a long prison sentence. Bad situations happen to good people and Mark is a very good person that I believe was in a no-win situation. He is caring about the people who work beside him and he tries to take care of everyone, even if it is to his own detriment. I have never known him to be cruel or unkind to anyone. He has never committed a crime and is an exceptionally hard worker who takes care of his family and supports his friends just as all of us support him now. I can't say enough about how amazing he is or what a wonderful person I know him to be. If he is given the opportunity, he will continue do great things with his life, learning from this and moving past it. His beauty is in his strength and perseverance to accept what he cannot change and use what he learns to be better than the day before.

Sincerely,

Sarah Campbell

My name is Harley Durham, I am an RTI Teaching Assistant for Cheatham Middle School. Mark Bryant is a friend and former supervisor.

When Mark started at the jail, I had only been there for about a month or two. I was new to corrections and wasn't experienced on handling situations with inmates, but whenever I needed any help or had any questions Mark would always help me. He always said using your words helped a lot more than going hands on. So for my time at the jail, that is what I went by. When Mark became my supervisor, it was nice, he made sure everyone on his shift was taken care of, made sure things were done before shift ended, and he treated me with respect, that most females in that line of work didn't get. Most supervisors micromanage, make everyone else do the work, but Mark helped with everything, trusted that his people knew how to do their job without having to be constantly told. When Mark started at the jail, I knew him and I were going to get along and eventually became friends. He's become one of my dearest friends. We may not get together as often as we use to but we are always keeping in contact, catching up on how him and his family are doing and how my husband and I are doing. When we do get together with all of our friends, Mark makes it a point to give me a big hug because he knows I'm not a hugger, but I'll always give him one. One of my greatest memories with Mark was when he had his Pandora up and playing so i went in and added crazy stations like Brittany Spears, Spice Girls, Backstreet Boys, and few others and just kept adding more and more, it took him a minute to realize what was playing and figured out what I had done. A few days later I had my Pandora up and playing. I had stepped away for a few minutes and when I had came back, Mark was trying so hard not to laugh. It took me a second to realize that he had deleted my entire playlist and when I did Mark busted out laughing uncontrollably until I said that I needed to start fresh. Mark immediately stopped laughing which caused me to laughing uncontrollably. He thought his trick was great. So now every time I use my Pandora that is the memory I think of. Mark is someone whom I have wonderful memories with and is one of my greatest friends. My husband and I absolutely love Mark and couldn't imagine not having him in our lives.