



Liked by **aka_hanniee** and **9 others**

**jrock98_615** Throwback to my old Instagram when I was the plug with all the money, guns, and drugs I'm glad I ain't living that life no more , now I'm living legal and happy I ain't stressing over going to jail or having  to watch out for fuck niggas and bitches tryin to pull some slick shit

Case 3:18-cr-00144   Document 122-1   Filed 11/02/20   Page 1 of 12 PageID #: 2161



jrock98_615



Liked by **aka_hanniee** and **9 others**

jrock98_615 Throwback to my old Instagram when I was the plug with all the money, guns, and drugs I'm glad I ain't living that life no more , now I'm living legal and happy I ain't stressing over going to jail or having to watch out for fuck niggas and bitches tryin to pull some slick shit



Liked by **aka_hanniee** and **9 others**

**jrock98_615** Throwback to my old Instagram when I was the plug with all the money, guns, and drugs I'm glad I ain't living that life no more , now I'm living legal and happy I ain't stressing over going to jail or having to watch out for fuck niggas and bitches tryin to pull some slick shit

Case 3:19-cr-00144 Document 122-1 Filed 11/02/20 Page 3 of 12 PageID #: 2163

## jrock98_615



Liked by **aka_hanniee** and **9 others**

**jrock98_615** Throwback to my old Instagram when I was the plug with all the money, guns, and drugs I'm glad I ain't living that life no more , now I'm living legal and happy I ain't stressing over going to jail or having to watch out for fuck niggas and bitches tryin to pull some slick shit

Case 3:18-cr-00144 Document 122-1 Filed 11/02/20 Page 4 of 12 PageID #: 2164





Case 3:18-cr-00144   Document 122-1   Filed 11/02/20   Page 5 of 12 PageID #: 2165

Liked by **aka_hanniee** and **9 others**

**jrock98_615** Throwback to my old Instagram when I was the plug with all the money, guns, and drugs I'm glad I ain't living that life no more , now I'm living legal and happy I ain't stressing over going to jail or having  to watch out for fuck niggas and bitches tryin to pull some slick shit



**jrock98_615**



Liked by **aka_hanniee** and **9 others**

**jrock98_615** Throwback to my old Instagram when I was the plug with all the money, guns, and drugs I'm glad I ain't living that life no more , now I'm living legal and happy I ain't stressing over going to jail or having to watch out for fuck niggas and bitches tryin to pull some slick shit






Liked by **aka_hanniee** and **9 others**

**jrock98_615** Throwback to my old Instagram when I was
the plug with all the money, guns, and drugs I'm glad I ain't
living that life no more , now I'm living legal and happy I
ain't stressing over going to jail or having  to watch out for
fuck niggas and bitches tryin to pull some slick shit





Liked by **aka_hanniee** and **9 others**

**jrock98_615** Throwback to my old Instagram when I was the plug with all the money, guns, and drugs I'm glad I ain't living that life no more , now I'm living legal and happy I ain't stressing over going to jail or having to watch out for fuck niggas and bitches tryin to pull some slick shit





Liked by **aka_hanniee** and **9 others**

**jrock98_615** Throwback to my old Instagram when I was
the plug with all the money, guns, and drugs I'm glad I ain't
living that life no more , now I'm living legal and happy I
ain't stressing over going to jail or having to watch out for
fuck niggas and bitches tryin to pull some slick shit







Jordan Norris

jrock1898|48|

☺ Added Me




OLD SCHOOL CODE

Didn't see noth'n, Didn't hear noth'n, Ant say'n shit!



I wonder who gone always be by my side no matter what

Honesty is an expensive gift, so don't expect it from cheap people.

I KNOW WHAT I BRING TO THE TABLE...

SO TRUST ME WHEN I SAY I'M NOT AFRAID TO EAT ALONE.



   

Liked by **aka_hanniee** and **9 others**

**jrock98_615** Throwback to my old Instagram when I was the plug with all the money, guns, and drugs I'm glad I ain't living that life no more , now I'm living legal and happy I ain't stressing over going to jail or having  to watch out for fuck niggas and bitches tryin to pull some slick shit



