**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No. 3:18-cr-00144** |
| ) | **Chief Judge Crenshaw** |
| **MARK BRYANT** ) | |

*SUPPLEMENTAL* **CHARACTER LETTERS**
**IN SUPPORT OF DEFENDANT MARK BRYANT**

**Peter J. Strianse, Esq.**

**TUNE, ENTREKIN & WHITE, P.C.**
**315 Deaderick Street, Suite 1700**
**Nashville, TN 37238**
**(615) 244-2770**
**pstrianse@tewlawfirm.com**

**Counsel for Defendant**
**Mark Bryant**

## TABLE OF CONTENTS

1. *Letter* – Mitchell & Virginia Bryant, Parents

2. *Letter* – Linda J. Earp, Family Friend

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system unless not registered and, in that event deposited in the United States mail, postage prepaid, to:

    Sara Beth Myers
Assistant United States Attorney
Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203-3870

Michael J. Songer
Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

**VIA EMAIL**
Michael Wilson
Senior U.S. Probation Officer
Michael_Wilson@tnmp.uscourts.gov

This 17th day of November, 2020.

                      S/ Peter J. Strianse
                      PETER J. STRIANSE