UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:18-cr-00144

UNITED STATES OF AMERICA

V.

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: 11/20/2020

MARK BRYANT

Location: ✓ Nashville  ◯ Columbia  ◯ Cookeville

Court Reporter: Lise Matthews

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Sara Beth Myers, Michael Songer

Defense Attorney(s): Peter Strianse

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☑
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Defendant sentenced to a term of imprisonment of 60 months, to run concurrent to any State sentence, followed by a 1 year term of supervised release. No fine or restitution. Forfeiture not at issue. $200.00 Special Assessment. Report date of February 22, 2021.
- Judgment to enter.

Total Time in Court: 1 hour 50 minutes

Clerk of Court
by: Kelly Parise